**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARIE HART,**

    **Plaintiff,**

**v.**                                                                                  Case No.  8:04-cv-2765-T-30MAP

**CITIBANK (SOUTH DAKOTA), N.A., ET AL.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*.  On June 3, 2005, Defendant's Motion to Dismiss was granted (Dkt. #14) and Plaintiff was given twenty (20) days in which to file an amended complaint.  Because Plaintiff has failed to file an amended complaint as of the date of this Order, this case should be closed.

It is therefore ORDERED AND ADJUDGED that the Clerk of Court is directed to **CLOSE** this case and **TERMINATE** all pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on July 15, 2005.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-2765 Order Closing Case.wpd